ALSD Local 91 (Rev. 5/18)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Jose Romero-Pineda<br>*Defendant(s)* | Case No.  25-mj-182 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 16, 2025__ in the county of __Baldwin__ in the __Southern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:
See attached Affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gaven Plump, Special Agent, FBI
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1.

Date: 06/16/2025

P. Bradley Murray
*Judge's signature*
Digitally signed by P. Bradley Murray
Date: 2025.06.16 16:49:12 -05'00'

City and state: Mobile, Alabama

P. Bradley Murray, U.S. Magistrate Judge
*Printed name and title*